871 A.2d 1248

**In re ESTATE OF Samuel RAPPAPORT, Deceased.**

**Appeal of Richard Basciano and Lois M. Palmer.**

Supreme Court of Pennsylvania.

Argued April 11, 2005.

Decided April 26, 2005.

Maureen Murphy McBride, Scott Russel Withers, West Chester, Thomas A. Leonard, Philadelphia, William H. Lamb, West Chester, Louis B. Kupperman, John Allen Guernsey, Philadelphia, James C. Sargent, John J. Cunningham, West Chester, for Richard Basciano and Lois M. Palmer, appellants.

Geoffrey C. Hazard, Jr., for Geoffrey C. Hazard, Jr., appellant amicus curiae.

Alan C. Promer, Philadelphia, Thomas A. Boulden, Norristown, Louis W. Fryman, Philadelphia, J. Brooke Aker, Norristown, Mark Alan Aronchick, Ronald Jay Shaffer, Philadelphia, Allison Lori Kashon, for Rita and Wil Wes Rappaport and Tracy Rappaport Scott, appellees.

James Francis Mannion, King of Prussia, for Mellon Bank, N.A., etc., et al.

Michael A. Bloom, for Michael A. Bloom, appellee amicus curiae.

Charles W. Wolfram, for Professor Charles W. Wolfram, appellee amicus curiae.

Before: CAPPY, C.J., CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and BAER, JJ.

## ORDER

PER CURIAM.

The Order of the Superior Court is affirmed.